# PUIG LAW FIRM

12 March 2012


Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


RE:   United States vs. Luis Alberto Bello-Pabon
      Case No.: 06-CR-00091-SLT-2

Dear Judge Townes:

The above matter is set for a status conference before this Honorable Court on Friday, March 23, 2012 at 12:00 p.m.

Undersigned counsel needs additional time to discuss this case with the government and agents involved in the case.

Therefore, the parties are requesting that this matter be adjourned. This is the first request for adjournment by undersigned counsel.

AUSA Justin David Lerer has no objection to adjourning the status conference and in fact, supports undersigned counsel's request for additional time as long as the time under Speedy Act is excluded.

Therefore, undersigned counsel and AUSA Justin David Lerer would like to request that this matter be set for a later date and time.


VERY TRULY YOURS,

PUIG LAW FIRM, P.A.
s/JOSE R. PUIG
JOSÉ R. PUIG, ESQ.
F.B.N.029350



CC: AUSA JUSTIN DAVID LERER