# PUIG LAW FIRM

19 June 2013

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*RE:*   *United States vs. Luis Alberto Bello-Pabon*
           *Case No.: 06-CR-00091-SLT-2*

Dear Judge Townes:

   The Defendant has effectively replaced me by hiring new counsel and I consent that attorneys Neil M. Schuster and David A. Nunez, will substitute me as counsel. I must ask the Court to relieve me from this case forthwith and I will hand over a copy of the file to new counsel as soon as possible.

   I have spoken to AUSA Justin Lerer and advised him that I was going to be filing this letter today.


VERY TRULY YOURS,

PUIG LAW FIRM, P.A.
s/JOSE R. PUIG
JOSÉ R. PUIG, ESQ.
F.B.N.029350


CC:   AUSA JUSTIN D. LERER